Michael D. Senneff, Esq. (CSB 039388)
Bonnie A. Freeman, Esq. (CSB 180502)
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3729
Santa Rosa, CA 95402-3729
Facsimile: (707) 526 - 0347
Telephone: (707) 526 - 4250

Attorneys for Defendant North Bay Construction, Inc. and Steve Geney

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISCO INDUSTRIES, LLC | NO. 4:06-CV-07082-CW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| vs. | |
| NORTH BAY CONSTRUCTION, INC., et al., | Date: March 2, 2007<br>Time: 1:30 p.m.<br>Ctrm: 2, 4th Floor |
| Defendants. | |

It is hereby stipulated by the undersigned as follows:

1. There is currently a Case Management Conference set in the above-captioned matter for March 2, 2007 at 1:30 p.m.

2. Due to the unavailability of Defendants' counsel, the Case Management Conference set for March 2, 2007 may be continued to March 16, 2007 at 1:30 p.m.

///
///
///
///
///

SENNEFF
FREEMAN
BLUESTONE

NO. 4:06-CV-07082- CW: Stipulation and [Proposed] Order Continuing CMC

Page 1

It is so stipulated:

SENNEFF, FREEMAN & BLUESTONE, LLP

By: /s/ Bonnie Freeman
Bonnie Freeman
Attorneys for Defendant

BELL, ROSENBERG & HUGHES, LLP

By: /s/ Kimble R. Cook
Kimble R. Cook
Attorneys for Plaintiff

IT IS HEREBY ORDERED THAT the Case Management Conference currently scheduled for March 2, 2007 shall be continued to March 16, 2007 at 1:30 p.m. in this Department.

Dated: February 27, 2007

/s/ Claudia Wilken
JUDGE CLAUDIA WILKEN

SENNEFF
FREEMAN
BLUESTONE

NO. 4:06-CV-07082- CW: Stipulation and [Proposed] Order Continuing CMC

Page 2