UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISCO INDUSTRIES, | ) | CASE NO. 4:06-CV-07082-CW |
| | ) | |
| Plaintiff, | ) | **Order** |
| | ) | |
| v. | ) | |
| | ) | |
| NORTH BAY CONSTRUCTION, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| NORTH BAY CONSTRUCTION, INC., a California corporation, | ) ) | |
| | ) | |
| Defendant and Cross-Complainant, | ) ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ISCO INDUSTRIES, LLC, a Kentucky limited liability company, and ROES 1 through 50, inclusive, | ) ) ) | |
| | ) | |
| Cross-Defendants. | ) | |

The parties to his litigation submitted their stipulation in the above-entitled court seeking an order to continue various deadlines. The court, having considered the moving papers, and other evidence of counsel present, AND GOOD CAUSE APPEARING THEREFORE:

IT IS ORDERED THAT:

1. Mediation Session to be held by: January 15, 2008
2. Date of Next Case Management Conference: January 24, 2008
3. Completion of Fact Discovery: January 24, 2008
4. Disclosure of identities and reports of expert witnesses: January 24, 2008
5. Case dispositive motions heard by: January 24, 2008 at 2 p.m.
6. Completion of expert witness discovery: February 26, 2008
7. Plaintiff to file dispositive motion by: December 12, 2007
8. Defendants' opposition/cross-motion due: December 26, 2007
9. Plaintiff's reply/opposition to cross-motion due January 2, 2008
10. Defendant's surreply due January 9, 2008.

9/18/07

DATE: _____

By: _____
    Hon. Claudia Wilken
    United States District Judge