J

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ISCO INDUSTRIES,<br><br>      Plaintiff,<br><br>    v.<br><br>NORTH BAY CONSTRUCTION, INC., et al.,<br><br>      Defendants. | CASE NO. 4:06-CV-07082-CW<br><br>**ORDER GRANTING AS MODIFIED Stipulation to Continue Trial and Related Deadlines from Case Management Order** |
|---|---|
| NORTH BAY CONSTRUCTION, INC., a California corporation,<br><br>      Defendant and Cross-Complainant,<br><br>    v.<br><br>ISCO INDUSTRIES, LLC, a Kentucky limited liability company, and ROES 1 through 50, inclusive,<br><br>      Cross-Defendants. | |

The parties to this litigation submitted their stipulation in the above-entitled court seeking an order to continue various deadlines. The court, having considered the moving papers, and other evidence of counsel present, AND GOOD CAUSE APPEARING THEREFORE:

IT IS ORDERED THAT:

1. Mediation Session to be held by: May 20, 2008
2. Date of Next Case Management Conference: June 12, 2008 at 2:00 p.m.
3. Completion of Fact Discovery: June 12, 2008
4. Disclosure of identities and reports of expert witnesses: June 12, 2008
5. Case dispositive motions heard by: June 12, 2008 at 2:00 p.m.
6. Completion of expert witness discovery: June 26, 2008
7. Plaintiff to file dispositive motion by: April 23, 2008
8. Defendants' opposition/cross-motion due: May 7, 2008
9. Plaintiff's reply/opposition to cross-motion due May 14, 2008
10. Defendant's surreply due May 21, 2008.
11. Final Pretrial Conference at 2:00 p.m. on August 26, 2008.
12. A 10-day jury trial will begin at 8:30 a.m. on September 22, 2008.

1/3/08

DATE: _____

By: _____
Hon. Claudia Wilken
United States District Judge