1  JEFFERY G. BAIREY, SB# 111271
   LORENA MATEI, SB# 22482
2  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   One Sansome Street, Suite 1400
3  San Francisco, California 94104
   Telephone: (415) 362-2580
4  Facsimile: (415) 434-0882

5  Attorneys for Cross-Defendant ISCO INDUSTRIES, LLC

6

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

11 ISCO INDUSTRIES,                           ) CASE NO. 4:06-CV-07082-CW
                                              )
12          Plaintiff,                        ) **JOINT SUPPLEMENTAL CASE**
                                              ) **MANAGEMENT STATEMENT AND**
13     v.                                     ) [PROPOSED] **ORDER**
                                              )
14 NORTH BAY CONSTRUCTION, INC., et al.,      ) DATE:  December 9, 2008
                                              ) TIME:  2:00 p.m.
15          Defendants.                       ) PLACE: Courtroom 2, 4th Floor
                                              )        1301 Clay Street
16 _____)        Oakland, CA 94612
                                              )
17 and RELATED CROSS-ACTION.                  )
   _____)

18       Pursuant to Civil L.R. 16-149d), that parties to the above-entitled action certify that they

19 met and conferred at least ten (10) days prior to the subsequent case management conference

20 scheduled in this case and jointly submit this Supplemental Case Management Statement and

21 Proposed Order and request the Court to adopt it as a Supplemental Case Management Order in

22 this case.

23                    DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS

24       1.     The following progress or changes have occurred since the last case management

25 statement filed by the parties:

26       Pursuant to Order of this Court signed January 8, 2008, the Court ordered that (1) the

27 parties are ordered to arbitrate this matter pursuant to the terms from North Bay Construction's

28 ("NBC") Purchase Order 3102, attached as Exhibit D to the Declaration of Steve Geney in Support

1   of NBC's Motion to Compel, (2) this action shall be stayed until completion of the arbitration
2   proceedings, and (3) before engaging in arbitration, the parties shall first make a good-faith effort
3   to mediate the matter before a private mediator agreed upon by the parties. The following
4   discussion is not intended to be a waiver of any mediation privileges, but is intended to
5   communicate to the Court what has happened since January 8, 2008.

      Since that time, North Bay Construction, Inc. and ISCO Industries, LLC have engaged in an ongoing mediation with mediator Bruce Edwards, Esq. This has been an extended process with the following steps. Mr. Edwards obtained the consent of the County of Sonoma and Wnzler and Kelly to participate in the mediation. For background, this project involves a pipeline owned by the County and designed by Winzler and Kelly. It is intended to carry leachate from a landfill to a transfer station. It has never been operational. NBC contends that issues regarding the pipeline involve its design. It was imperative, for any chance of mediated success, for the County and Winzler and Kelly to participate. After Mr. Edwards obtained their participation, experts for the parties worked on a testing protocol, with the objective being getting the pipeline into operation. Given the scientific and technical issues this situation presents, this work has required multiple meetings, reports, and an in person meeting where experts and others traveled from all over the country for a meeting at the North Bay facility and an all-day expert meeting at JAMS in San Francisco. Recently, Mr. Edwards made a mediator's proposal regarding funding testing and repair. The proposal is still being evaluated by all the parties and if accepted work on the project will commence shortly, and the parties will continue with mediation. It is not anticipated that fruitful damages conversations can occur until the pipeline is operational. One reason is that the County claims large, and growing, damages as a result of the pipeline not being operational. It is paying to truck leachate, as opposed to using the pipeline for transport. North Bay and ISCO are communicating with mediator Edwards and should know shortly if the mediation process will continue, or if it will fail at this point (due to the mediator's proposal not being accepted.)

      2.      The parties jointly request the Court to make the following Supplemental Case Management Order:

///

The parties request the Court set this mater for a further case management conference for not less than forty-five (45) days from now.

DATED: December 2, 2008        LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Jeffery G. Bairey
Lorena Matei
Attorneys for Cross-Defendant
ISCO INDUSTRIES, LLC

DATED: December ___, 2008      BELL, ROSENBERG & HUGHTS LLP

By _____
Roland Nikles
Attorneys for Plaintiff
ISCO INDUSTRIES, LLC

DATED: December ___, 2008      ABBEY, WEITZENBERG, WARREN & EMERY, P.C.

By _____
David W. Berry
Jennifer Millier
Attorneys for Defendant/Cross-Complainant
NORTH BAY CONSTRUCTION, INC.

The parties request the Court set this mater for a further case management conference for not less than forty-five (45) days from now.

DATED: December ___, 2008        LEWIS BRISBOIS BISGAARD & SMITH LLP


By _____
Jeffery G. Bairey
Lorena Matei
Attorneys for Cross-Defendant
ISCO INDUSTRIES, LLC

DATED: December 2, 2008        BELL, ROSENBERG & HUGHTS LLP


By _____
Roland Nikles
Attorneys for Plaintiff
ISCO INDUSTRIES, LLC

DATED: December ___, 2008        ABBEY, WEITZENBERG, WARREN & EMERY, P.C.


By _____
David W. Berry
Jennifer Millier
Attorneys for Defendant/Cross-Complainant
NORTH BAY CONSTRUCTION, INC.

1       The parties request the Court set this mater for a further case management conference for
2 not less than forty-five (45) days from now.

4 DATED: December ___, 2008        LEWIS BRISBOIS BISGAARD & SMITH LLP

7                                           By _____
                                               Jeffery G. Bairey
                                               Lorena Matei
                                               Attorneys for Cross-Defendant
                                               ISCO INDUSTRIES, LLC

10 DATED: December ___, 2008        BELL, ROSENBERG & HUGHTS LLP

13                                           By _____
                                               Roland Nikles
                                               Attorneys for Plaintiff
14                                                ISCO INDUSTRIES, LLC

16 DATED: December 2, 2008        ABBEY, WEITZENBERG, WARREN & EMERY, P.C.

18                                           By _____
                                               David W. Berry
19                                                Jennifer Millier
                                               Attorneys for Defendant/Cross-Complainant
20                                                NORTH BAY CONSTRUCTION, INC.

## SUPPLEMENTAL CASE MANAGEMENT ORDER

The Supplemental Case Management Statement and Proposed Order is hereby adopted by the Court as a Supplemental Case Management Order for the case and the parties are ordered to comply with this Order.

*[In addition the Court orders as follows:]*  **The Case Management Conference is continued to 2/3/09 at 2:00 p.m.  An updated CMC statement will be due one week prior to the conference.**

DATED: 12/5/08

_____
UNITED STATES DISTRICT JUDGE
Claudia M. Wilkin  Wilken