W. BARTON WEITZENBERG, ESQ., SB# 051788
DAVID W. BERRY, ESQ., SB# 180995
JENNIFER M. MILLIER, ESQ., SB# 253814
ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200
P.O. Box 1566
Santa Rosa, CA 95402-1566
Telephone:  707-542-5050
Facsimile:   707-542-2589

Attorneys for Defendants/Cross-Complainants
NORTH BAY CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISCO INDUSTRIES,<br><br>    Plaintiff,<br><br>v.<br><br>NORTH BAY CONSTRUCTION, INC., et al.,<br><br>    Defendants.<br>_____/<br><br>NORTH BAY CONSTRUCTION, INC. et al,<br><br>    Defendants/Cross-Complainant,<br><br>v.<br><br>ISCO INDUSTRIES, LLC, a Kentucky limited liability company, and ROES 1 through 50, inclusive,<br><br>    Defendants.<br>_____/ | Case No. 4:06-CV-07082-CW<br><br>**JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND** [PROPOSED] **ORDER**<br><br>DATE:   February 3, 2009<br>TIME:   2:00 p.m.<br>PLACE: Courtroom 2, 4th Floor<br>         1301 Clay Street<br>         Oakland, CA 94612 |

      Pursuant to Civil L. R. 16-14(d), the parties to the above-entitled actions certify that they have met and conferred at least ten (10) days prior to the subsequent case management conference scheduled in this case and jointly submit this Supplemental Case Management Statement and

-1-

JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER

Proposed Order and request the Court adopt it as a Supplemental Case Management Order in this case.

## DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS

1. The following progress or changes have occurred since the last case management statement filed by the parties:

Pursuant to Order of this Court signed January 8, 2008, the Court ordered that (1) the parties are ordered to arbitrate this matter pursuant to the terms from North Bay Construction's ("NBC") Purchase Order 3102, attached as Exhibit D to the Declaration of Steve Geney in Support of NBC's Motion to Compel, (2) this action shall be stayed until completion of arbitration proceedings, and (3) before engaging in arbitration, the parties shall first make a good-faith effort to mediate the matter before a private mediator agreed upon by the parties. The following discussion if not intended to be a waiver of any mediation privileges, but is intended to communicate to the Court what has happened since the last case management conference:

Since the last case management conference, North Bay Construction, Inc. and ISCO Industries, LLC have engaged in an ongoing mediation with mediator Bruce Edwards, Esq. This process has involved the development by experts of a testing protocol by which to determine how best to construct and repair the leachate pipeline, at issue in the case. That testing protocol is now in the process of being fine-tuned by the County of Sonoma, for whom the leachate pipeline was constructed. Once the testing protocol is complete, testing will occur and the parties anticipate that repairs will be conducted soon thereafter. Until such repairs are conducted, however, the parties do not have the information necessary to have a meaningful discussion regarding the damages at issue in this case. The parties anticipate that completion of the testing protocol and subsequent repairs should take three to four months and respectfully requests that the Court return to this matter at that time to determine the status of the case.

2. The parties jointly request that the Court make the following Supplemental Case Management Order:

The parties request the Court set this matter for a further case management conference for approximately ninety (90) days from now.

Dated: January ___, 2009          LEWIS BRISBOIS BISGAARD & SMITH, LLP

                                  By_____
                                     Jeffrey G. Bairey
                                     Lorena Matei
                                     Attorneys for Cross-Defendant
                                     ISCO INDUSTRIES, LLC

Dated: January ___, 2009          BELL, ROSENBERG & HUGHTS LLP

                                  By_____
                                     Roland Nikles
                                     Attorneys for Plaintiff and Cross-Defendants
                                     ISCO INDUSTRIES, LLC

Dated: January 27, 2009           ABBEY, WEITZENBERG, WARREN & EMERY

                                  By_____
                                     David W. Berry, Esq.
                                     Jennifer M. Millier, Esq.
                                     Attorneys for Defendant/Cross-Complainants
                                     NORTH BAY CONSTRUCTION, INC.

The parties request the Court set this matter for a further case management conference for approximately ninety (90) days from now.

Dated: January 27, 2009           LEWIS BRISBOIS BISGAARD & SMITH, LLP

By _____
Jeffrey G. Bairey
Lorena Matei
Attorneys for Cross-Defendant
ISCO INDUSTRIES, LLC

Dated: January ___, 2009          BELL, ROSENBERG & HUGHTS LLP

By _____
Roland Nikles
Attorneys for Plaintiff and Cross-Defendants
ISCO INDUSTRIES, LLC

Dated: January ___, 2009          ABBEY, WEITZENBERG, WARREN & EMERY

By _____
David W. Berry, Esq.
Jennifer M. Millier, Esq.
Attorneys for Defendant/Cross-Complainants
NORTH BAY CONSTRUCTION, INC.

The parties request the Court set this matter for a further case management conference for approximately ninety (90) days from now.

Dated: January ___, 2009

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By_____
    Jeffrey G. Bairey
    Lorena Matei
    Attorneys for Cross-Defendant
    ISCO INDUSTRIES, LLC

Dated: January 27, 2009

BELL, ROSENBERG & HUGHTS LLP

By_____
    Roland Nikles
    Attorneys for Plaintiff and Cross-Defendants
    ISCO INDUSTRIES, LLC

Dated: January ___, 2009

ABBEY, WEITZENBERG, WARREN & EMERY

By_____
    David W. Berry, Esq.
    Jennifer M. Millier, Esq.
    Attorneys for Defendant/Cross-Complainants
    NORTH BAY CONSTRUCTION, INC.

## SUPPLEMENTAL CASE MANAGEMENT ORDER

The Supplemental Case Management Statement and Proposed Order is hereby adopted by the Court as a Supplemental Case Management Order for the case and the parties are ordered to comply with this Order.

[*In addition the Court orders as follows:*] The Case Management Conference is continued to May 5, 2009, at 2:00 p.m. Updated CMC statement due one week prior to conference.

Dated: 1/29/09



UNITED STATES DISTRICT COURT JUDGE
Claudia Wilken

-4-
JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER