1  W. BARTON WEITZENBERG, ESQ., SB# 051788
   DAVID W. BERRY, ESQ., SB# 180995
2  JENNIFER M. MILLIER, ESQ., SB# 253814
   ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
3  100 Stony Point Road, Suite 200
   P.O. Box 1566
4  Santa Rosa, CA 95402-1566
   Telephone:    707-542-5050
5  Facsimile:    707-542-2589

6  Attorneys for Defendants/Cross-Complainants
   NORTH BAY CONSTRUCTION, INC.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 ISCO INDUSTRIES,                    Case No. 4:06-CV-07082-CW

11            Plaintiff,               **STIPULATION AND [PROPOSED]
                                       ORDER CONTINUING CASE
12       v.                            MANAGEMENT CONFERENCE**

13 NORTH BAY CONSTRUCTION, INC., et
   al.,
14
              Defendants.
15                                              /
16
   NORTH BAY CONSTRUCTION, INC. et
17 al,

18            Defendants/Cross-
              Complainant,
19
         v.
20
   ISCO INDUSTRIES, LLC, a Kentucky
21 limited liability company, and ROES 1
   through 50, inclusive,
22
              Defendants.
23                                              /

24       Pursuant to the Court's Order of January 29, 2009, a further Case Management

25 Conference was continued to May 5, 2009, at 2:00 p.m.  However, a Case Management

26 Conference was previously scheduled in the Sonoma County Superior Court's case relating to this

27 matter, for the same date.  The parties therefore, have agreed and request that the Court continue

28
                                        -1-
   STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050  Facsimile (707) 542-2589

1    the Federal Court Case Management Conference for one week after May 5, 2009, to May 12,

2    2009, at 2:00 p.m., with a Case Management Conference statement due one week prior to the

3    conference.

4

5    Dated:  February  9 , 2009            LEWIS BRISBOIS BISGAARD & SMITH, LLP

6

7                                          By

8                                             Jeffrey G. Bairey
                                             Lorena Matei
                                             Attorneys for Cross-Defendant
9                                            ISCO INDUSTRIES, LLC

10   Dated:  February ___, 2009            BELL, ROSENBERG & HUGHTS LLP

11

12                                         By
                                             Roland Nikles
                                             Attorneys for Plaintiff and Cross-Defendants
13                                           ISCO INDUSTRIES, LLC

14   Dated:  February  9 , 2009            ABBEY, WEITZENBERG, WARREN & EMERY

15

16                                         By
                                             David W. Berry, Esq.
17                                           Jennifer M. Millier, Esq.
                                             Attorneys for Defendant/Cross-Complainants
18                                           NORTH BAY CONSTRUCTION, INC.

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050  Facsimile (707) 542-2589

1   the Federal Court Case Management Conference for one week after May 5, 2009, to May 12,

2   2009, at 2:00 p.m., with a Case Management Conference statement due one week prior to the

3   conference.

4

5   Dated:  February ___, 2009          LEWIS BRISBOIS BISGAARD & SMITH, LLP

6

7                                       By_____

8                                          Jeffrey G. Bairey
                                           Lorena Matei
                                           Attorneys for Cross-Defendant
9                                          ISCO INDUSTRIES, LLC

10  Dated:  February 10, 2009           BELL, ROSENBERG & HUGHTS LLP

11

12                                      By_____
                                           Roland Nikles
                                           Attorneys for Plaintiff and Cross-Defendants
13                                         ISCO INDUSTRIES, LLC

14  Dated:  February 9, 2009            ABBEY, WEITZENBERG, WARREN & EMERY

15

16                                      By_____
                                           David W. Berry, Esq.
17                                         Jennifer M. Millier, Esq.
                                           Attorneys for Defendant/Cross-Complainants
18                                         NORTH BAY CONSTRUCTION, INC.

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile (707) 542-2589

## SUPPLEMENTAL CASE MANAGEMENT ORDER

The Stipulation to Continue the May 5, 2009, Case Management Conference is hereby adopted by the Court and the parties are ordered to comply with this Order.  The Case Management Conference is continued to May 12, 2009, at 2:00 p.m.  Updated Case Management Conference Statements due one week prior to conference.

[~~In addition the Court orders as follows:~~]

Dated: _____   2/17/09

_____
UNITED STATES DISTRICT COURT JUDGE
Claudia Wilken

-3-
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE