UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISCO INDUSTRIES,<br><br>   Plaintiff,<br><br> v.<br><br>NORTH BAY CONSTRUCTION, INC., et al.,<br><br>   Defendants.<br><br>NORTH BAY CONSTRUCTION, INC., a California corporation,<br><br>   Defendant and Cross-Complainant,<br><br> v.<br><br>ISCO INDUSTRIES, LLC, a Kentucky limited liability company, and ROES 1 through 50, inclusive,<br><br>   Cross-Defendants. | CASE NO. 4:06-CV-07082-CW<br><br>**ORDER AS MODIFIED** |

The parties to his litigation submitted their stipulation in Department 2 of the above-entitled Court seeking an order to stay the Federal Action for six (6) months to allow testing and repair of the pipeline and allow for an asessment of damages in this matter. The Court, having considered the moving papers, AND GOOD CAUSE APPEARING THEREFORE:

///

4827-6136-1411.1

-1-

[PROPOSED] ORDER

1    IT IS SO ORDERED that this Action is stayed pending completion of the pipeline and
2    assessment of damages which are the subject matter of this litigation.  **The case management**
3    **conference is continued from 8/25/09 to 10/27/09 at 2:00 p.m.**
4         6/18/09
5    DATED: _____
6                                                    By: _____
7                                                         Hon. Claudia Wilken
                                                          United States District Judge