IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ISCO INDUSTRIES, LLC,

    Plaintiff,

  v.

NORTH BAY CONSTRUCTION, INC., et al,

    Defendants.
                                         /

No. C 06-7082 CW

ORDER CONTINUING CASE MANAGEMENT CONFERENCE

    Pursuant to the Joint Case Management Statement filed October 20, 2009,

    Notice is hereby given that the Case Management Conference, previously set for October 27, 2009, is continued to **December 22, 2009, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.  An updated Case Management Statement will be due one week prior to the conference.

    IT IS SO ORDERED.

DATED: 10/20/09

                                         _____
                                         CLAUDIA WILKEN
                                         UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California