1  JEFFERY G. BAIREY, SB# 111271
   LORENA MATEI, SB# 224826
2  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   One Sansome Street, Suite 1400
3  San Francisco, California 94104
   Telephone: (415) 362-2580
4  Facsimile: (415) 434-0882

5  Attorneys for Cross-Defendant ISCO INDUSTRIES, LLC

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  ISCO INDUSTRIES, | ) CASE NO. 4:06-CV-07082-CW |
| 12             Plaintiff, | ) **JOINT CASE MANAGEMENT** |
| | ) **STATEMENT AND ORDER** |
| 13       v. | ) |
| | ) Date:       December 22, 2009 |
| 14  NORTH BAY CONSTRUCTION, INC., et al., | ) |
| 15             Defendants. | ) |
| 16  and RELATED CROSS-ACTION. | ) |
| 17 | ) |

18       Pursuant to Civil L.R. 16-14(d), that parties to the above-entitled action certify that they

19  met and conferred at least ten (10) days prior to the subsequent case management conference

20  scheduled in this case and jointly submit this Case Management Statement and Proposed Order

21  and request the Court to adopt it as a Case Management Order in this case.

22                    DESCRIPTION OF CASE DEVELOPMENTS

23       1.   The following progress or changes have occurred since the last case management

24  statement filed by the parties:

25       Pursuant to Order of this Court signed June 18, 2009, this matter is stayed pending

26  completion of the leachate pipeline which is the subject matter of this litigation. Repair on the

27  pipeline is near completion and the parties anticipate that the work will be completed in the next

28

4830-9917-7477.1                               -1-
              JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER

1  thirty (30) days.  At that time the parties will begin assessment of damages, including expert
2  evaluation and testing.
3     2. The parties are still engaged in ongoing mediation discussions with mediator Bruce
4  Edwards.
5     3. The parties jointly request the Court to make the following  Case Management
6  Order:
7     The parties request the Court set this mater for a further case management conference for
8  not less than ninety (90) days from now.

DATED:  December ___, 2009          LEWIS BRISBOIS BISGAARD & SMITH LLP


By _____
   Jeffery G. Bairey
   Lorena Matei
   Attorneys for Cross-Defendant
   ISCO INDUSTRIES, LLC

DATED:  December___, 2009           BELL, ROSENBERG & HUGHTS LLP


By _____
   Roland Nikles
   Attorneys for Plaintiff
   ISCO INDUSTRIES, LLC

DATED:  December ___, 2009          ABBEY, WEITZENBERG, WARREN & EMERY, P.C.


By _____
   David W. Berry
   Jennifer Millier
   Attorneys for Defendant/Cross-Complainant
   NORTH BAY CONSTRUCTION, INC.

4830-9917-7477.1                    -2-
JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER

| | |
|---|---|
| 1 | **CASE MANAGEMENT ORDER** |
| 2 | The Case Management Statement and Proposed Order is hereby adopted by the Court as a |
| 3 | Case Management Order for the case and the parties are ordered to comply with this Order. |
| 4 | **The Case Management Conference is continued to April 27, 2010, at 2:00 p.m.  An updated** |
| 5 | **Joint Case Management Statement will be due one week prior to the conference.** |

12/17/09

DATED: _____     *Claudia Wilken*
_____
UNITED STATES DISTRICT JUDGE
Claudia M. Wilken