W. BARTON WEITZENBERG, ESQ., SB# 051788
DAVID W. BERRY, ESQ., SB# 180995
JENNIFER M. MILLIER, ESQ., SB# 253814
ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200
P.O. Box 1566
Santa Rosa, CA  95402-1566
Telephone:    707-542-5050
Facsimile:    707-542-2589

Attorneys for Defendants/Cross-Complainants
NORTH BAY CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISCO INDUSTRIES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NORTH BAY CONSTRUCTION, INC., et al.,<br><br>　　　　Defendants.<br>_____/<br><br>NORTH BAY CONSTRUCTION, INC. et al,<br><br>　　　　Defendants/Cross-<br>　　　　Complainant,<br><br>　　v.<br><br>ISCO INDUSTRIES, LLC, a Kentucky limited liability company, and ROES 1 through 50, inclusive,<br><br>　　　　Defendants.<br>_____/ | Case No. 4:06-CV-07082-CW<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　Pursuant to Civil L.R. 7-12, that parties to the above-entitled action certify that they met and conferred at least ten (10) days prior to the subsequent case management conference scheduled in this case and jointly submit this Stipulation and [Proposed] Order Continuing the Case Management Conference currently scheduled for April 27, 2010, for 90 days until July 20, 2010.

-1-

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

## DESCRIPTION OF CASE DEVELOPMENTS

1. The following progress or changes have occurred since the last case management statement filed by the parties:

Pursuant to Order of this Court signed June 18, 2009, this matter is stayed pending completion of the leachate pipeline which is the subject matter of this litigation. Physical repair on the pipeline is completed and the parties anticipate that final testing and approval of the pipeline will occur in the next 30 days, with leachate flowing thereafter. The parties have a further conference scheduled with the mediator on June 3, 2010, at which time we will be able to assess if damages are set.

2. The parties are still engaged in ongoing mediation discussions with mediator Bruce Edwards.

3. The parties jointly request the Court to make the following Order:

The parties request the Court set this matter for a further case management conference for not less than ninety (90) days from now, on July 20, 2010.

Dated: April ___, 2010               LEWIS BRISBOIS BISGAARD & SMITH, LLP


                                     By_____
                                        Jeffrey G. Bairey
                                        Lorena Matei
                                        Attorneys for Cross-Defendant
                                        ISCO INDUSTRIES, LLC

Dated: April ___, 2010               BELL, ROSENBERG & HUGHTS LLP


                                     By_____
                                        Roland Nikles
                                        Attorneys for Plaintiff and Cross-Defendants
                                        ISCO INDUSTRIES, LLC

Dated: April ___, 2010               ABBEY, WEITZENBERG, WARREN & EMERY


                                     By_____
                                        David W. Berry, Esq.
                                        Jennifer M. Millier, Esq.
                                        Attorneys for Defendant/Cross-Complainants
                                        NORTH BAY CONSTRUCTION, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Case Management Conference is continued to July 20, 2010, at 2:00 p.m. Updated Case Management Conference Statements due one week prior to conference.

[*In addition the Court orders as follows:*]

Dated: 4/22/2010

_____
UNITED STATES DISTRICT COURT JUDGE
Claudia Wilken

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile (707) 542-2589