W. BARTON WEITZENBERG, ESQ., SB# 051788
DAVID W. BERRY, ESQ., SB# 180995
JENNIFER M. MILLIER, ESQ., SB# 253814
ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200
P.O. Box 1566
Santa Rosa, CA 95402-1566
Telephone:   707-542-5050
Facsimile:   707-542-2589

Attorneys for Defendants/Cross-Complainants
NORTH BAY CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISCO INDUSTRIES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NORTH BAY CONSTRUCTION, INC., et al.,<br><br>　　　　Defendants.<br>_____/<br>NORTH BAY CONSTRUCTION, INC. et al,<br><br>　　　　Defendants/Cross-Complainant,<br><br>　　v.<br><br>ISCO INDUSTRIES, LLC, a Kentucky limited liability company, and ROES 1 through 50, inclusive,<br><br>　　　　Defendants.<br>_____/ | Case No. 4:06-CV-07082-CW<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil L.R. 7-12, that parties to the above-entitled action certify that they met and conferred at least ten (10) days prior to the subsequent case management conference scheduled in this case and jointly submit this Stipulation and [Proposed] Order Continuing the Case Management Conference currently scheduled for January 25, 2011, for 90 days until April 19, 2011.

-1-
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

## DESCRIPTION OF CASE DEVELOPMENTS

1. The following progress or changes have occurred since the last case management statement filed by the parties:

Pursuant to Order of this Court signed June 18, 2009, this matter is stayed pending completion of the leachate pipeline which is the subject matter of this litigation. Physical repair on the pipeline is completed, final testing of the pipeline is currently underway and approval of the pipeline will occur in the next 30 days, with leachate flowing thereafter.

2. The parties have agreed to a mediation following approval of the repaired pipeline with mediator Randall Wulff, at which time we will be able to assess if damages are set.

3. The parties jointly request the Court to make the following Order:

The parties request the Court set this matter for a further case management conference for not less than ninety (90) days from now, on April 19, 2011.

Dated: January ___, 2011          LEWIS BRISBOIS BISGAARD & SMITH, LLP

By_____
   Jeffrey G. Bairey
   Lorena Matei
   Attorneys for Cross-Defendant
   ISCO INDUSTRIES, LLC

Dated: January ___, 2011          BELL, ROSENBERG & HUGHTS LLP

By_____
   Roland Nikles
   Attorneys for Plaintiff and Cross-Defendants
   ISCO INDUSTRIES, LLC

Dated: January ___, 2011          ABBEY, WEITZENBERG, WARREN & EMERY

By_____
   David W. Berry, Esq.
   Jennifer M. Millier, Esq.
   Attorneys for Defendant/Cross-Complainants
   NORTH BAY CONSTRUCTION, INC.

-2-
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

**SUPPLEMENTAL CASE MANAGEMENT ORDER**

The Stipulation to Continue the January 25, 2011, Case Management Conference is hereby adopted by the Court and the parties are ordered to comply with this Order. The Case Management Conference is continued to April 19, 2011, at 2:00 p.m. Updated Case Management Conference Statements due one week prior to conference.

[*In addition the Court orders as follows:*]

Dated: 1/19/2011

_____
UNITED STATES DISTRICT COURT JUDGE
Claudia Wilken