W. BARTON WEITZENBERG, ESQ., SB# 051788
DAVID W. BERRY, ESQ., SB# 180995
KATE MULLINS HENDERSON, ESQ., SB# 258861
ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200
P.O. Box 1566
Santa Rosa, CA 95402-1566
Telephone: 707-542-5050
Facsimile: 707-542-2589

Attorneys for Defendants/Cross-Complainants
NORTH BAY CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISCO INDUSTRIES,<br><br>    Plaintiff,<br><br>  v.<br><br>NORTH BAY CONSTRUCTION, INC., et al.,<br><br>    Defendants.<br>_____/<br>NORTH BAY CONSTRUCTION, INC. et al,<br><br>    Defendants/Cross-Complainant,<br><br>  v.<br><br>ISCO INDUSTRIES, LLC, a Kentucky limited liability company, and ROES 1 through 50, inclusive,<br><br>    Defendants.<br>_____/ | Case No. 4:06-CV-07082-CW<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil L.R. 7-12, that parties to the above-entitled action certify that they met and conferred at least ten (10) days prior to the subsequent case management conference scheduled in this case and jointly submit this Stipulation and [Proposed] Order Continuing the Case Management Conference currently scheduled for April 19, 2011, for 90 days until July 19, 2011.

-1-
STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

DESCRIPTION OF CASE DEVELOPMENTS

1.	The following progress or changes have occurred since the last case management statement filed by the parties:

Pursuant to Order of this Court signed June 18, 2009, this matter is stayed pending completion of the leachate pipeline which is the subject matter of this litigation. Physical repair on the pipeline is completed, final testing of the pipeline is currently underway and approval of the pipeline will occur in the next 30 days, with leachate flowing thereafter.

2.	North Bay Construction has initiated litigation against Sonoma County in Sonoma County Superior Court, case number SCV-249232. The parties are discussing finding a joint forum to resolve all of the issues and are addressing bringing all parties to either mediation or arbitration.

3.	The parties jointly request the Court to make the following Order:

The parties request the Court set this matter for a further case management conference for not less than ninety (90) days from now, on July 19, 2011.

Dated: April 12, 2011				LEWIS BRISBOIS BISGAARD & SMITH, LLP

						By_____
						    Jeffrey G. Bairey
						    Lorena Matei
						    Attorneys for Cross-Defendant
						    ISCO INDUSTRIES, LLC

Dated: April 12, 2011				BELL, ROSENBERG & HUGHTS LLP

						By_____
						    Roland Nikles
						    Attorneys for Plaintiff and Cross-Defendants
						    ISCO INDUSTRIES, LLC

///

///

///

-2-
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| Dated:  April 12, 2011 | ABBEY, WEITZENBERG, WARREN & EMERY |
| | By_____ |
| | David W. Berry, Esq. |
| | Kate Mullins Henderson, Esq. |
| | Attorneys for Defendant/Cross-Complainants |
| | NORTH BAY CONSTRUCTION, INC. |

**SUPPLEMENTAL CASE MANAGEMENT ORDER**

The Stipulation to Continue the April 19, 2011, Case Management Conference is hereby adopted by the Court and the parties are ordered to comply with this Order.  The Case Management Conference is continued to July **26**, 2011, at 2:00 p.m.  Updated Case Management Conference Statements due one week prior to conference.

[*In addition the Court orders as follows:*]

Dated:  __**4/15/2011**_____            _____
UNITED STATES DISTRICT COURT JUDGE
Claudia Wilken

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile (707) 542-2589