W. BARTON WEITZENBERG, ESQ., SB# 051788
DAVID W. BERRY, ESQ., SB# 180995
KATE MULLINS HENDERSON, ESQ., SB# 258861
ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200
P.O. Box 1566
Santa Rosa, CA 95402-1566
Telephone: 707-542-5050
Facsimile: 707-542-2589

Attorneys for Defendants/Cross-Complainants
NORTH BAY CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISCO INDUSTRIES,<br><br>    Plaintiff,<br><br>v.<br><br>NORTH BAY CONSTRUCTION, INC., et al.,<br><br>    Defendants.<br>_____/<br>NORTH BAY CONSTRUCTION, INC. et al,<br><br>    Defendants/Cross-Complainant,<br><br>v.<br><br>ISCO INDUSTRIES, LLC, a Kentucky limited liability company, and ROES 1 through 50, inclusive,<br><br>    Defendants.<br>_____/ | Case No. 4:06-CV-07082-CW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    Pursuant to Civil L.R. 7-12, the parties to the above-entitled action certify that they met and conferred at least ten (10) days prior to the subsequent case management conference scheduled in this case and jointly submit this Stipulation and [Proposed] Order Continuing the Case Management Conference currently scheduled for July 26, 2011, for approximately 90 days until October 25, 2011.

-1-

## DESCRIPTION OF CASE DEVELOPMENTS

1.  The following progress or changes have occurred since the last case management statement filed by the parties:

Pursuant to Order of this Court signed June 18, 2009, this matter is stayed pending completion of the leachate pipeline which is the subject matter of this litigation. Physical repair on the pipeline is completed and final testing of the pipeline is not resolved.

2.  North Bay Construction has initiated litigation against the County of Sonoma in Sonoma County Superior Court, case number SCV-249232. The County of Sonoma filed a cross-complaint against North Bay Construction and Winzler & Kelly, the engineering firm that designed the pipeline. Winzler & Kelly has not yet filed a responsive pleading to the cross-complaint filed by the County of Sonoma. Once the case becomes at issue, parties will be able to resolve the issue of finding a joint forum to resolve all of the issues, and resolve the issue of whether to bring all parties to either mediation or arbitration.

3.  The parties jointly request the Court to make the following Order:

The parties request the Court set this matter for a further case management conference for not less than ninety (90) days from now, on October 25, 2011.

Dated: July 15, 2011     LEWIS BRISBOIS BISGAARD & SMITH, LLP

By_____
Jeffrey G. Bailey
Lorena Matei
Attorneys for Cross-Defendant
ISCO INDUSTRIES, LLC

Dated: July  , 2011     BELL, ROSENBERG & HUGHTS LLP

By_____
Roland Nikles
Attorneys for Plaintiff and Cross-Defendants
ISCO INDUSTRIES, LLC

///

-2-

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

## DESCRIPTION OF CASE DEVELOPMENTS

1.  The following progress or changes have occurred since the last case management statement filed by the parties:

Pursuant to Order of this Court signed June 18, 2009, this matter is stayed pending completion of the leachate pipeline which is the subject matter of this litigation. Physical repair on the pipeline is completed and final testing of the pipeline is not resolved.

2.  North Bay Construction has initiated litigation against the County of Sonoma in Sonoma County Superior Court, case number SCV-249232. The County of Sonoma filed a cross-complaint against North Bay Construction and Winzler & Kelly, the engineering firm that designed the pipeline. Winzler & Kelly has not yet filed a responsive pleading to the cross-complaint filed by the County of Sonoma. Once the case becomes at issue, parties will be able to resolve the issue of finding a joint forum to resolve all of the issues, and resolve the issue of whether to bring all parties to either mediation or arbitration.

3.  The parties jointly request the Court to make the following Order:

The parties request the Court set this matter for a further case management conference for not less than ninety (90) days from now, on October 25, 2011.

Dated: July   , 2011            LEWIS BRISBOIS BISGAARD & SMITH, LLP

By_____
Jeffrey G. Bairey
Lorena Matei
Attorneys for Cross-Defendant
ISCO INDUSTRIES, LLC

Dated: July   , 2011            ROGERS JOSEPH O'DONNELL, P.C.
~~BELL, ROSENBERG & HUGHES LLP~~

By_____
Roland Nikles
Attorneys for Plaintiff and Cross-Defendants
ISCO INDUSTRIES, LLC

///

-2-
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Dated: July 14, 2011　　　　　ABBEY, WEITZENBERG, WARREN & EMERY

By _/s/ Kate Mullins Henderson_
　　Kate Mullins Henderson, Esq.
　　Attorneys for Defendant/Cross-Complainants
　　NORTH BAY CONSTRUCTION, INC.

## SUPPLEMENTAL CASE MANAGEMENT ORDER

The Stipulation to Continue the July 26, 2011, Case Management Conference is hereby adopted by the Court and the parties are ordered to comply with this Order. The Case Management Conference is continued to October 25, 2011, at 2:00 p.m. Updated Case Management Conference Statements due one week prior to conference.

[*In addition the Court orders as follows:*]

Dated: 7/20/2011

_/s/ Claudia Wilken_
UNITED STATES DISTRICT COURT JUDGE
Claudia Wilken