1   ROGERS JOSEPH O'DONNELL
    Roland Nikles (State Bar No. 131025)
2   rnikles@rjo.com
    311 California Street
3   San Francisco, California 94104
    Telephone:  415.956.2828
4   Facsimile:  415.956.6457

5   Attorneys for Plaintiff
    ISCO INDUSTRIES
6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11  ISCO INDUSTRIES, LLC                Case No. 4:06-CV-07082-CW

12              Plaintiff,              **STIPULATION AND [PROPOSED]
                                        ORDER FOR DISMISSAL OF ENTIRE
13      vs.                             ACTION [F.R.C.P. 41(a)]**

14  NORTH BAY CONSTRUCTION, INC., et
    al.,
15
                Defendants.
16

17  NORTH BAY CONSTRUCTION, INC.,

18              Cross-Complainant,

19      vs.

20  ISCO INDUSTRIES, LLC, et al.,

21              Cross-Defendants.

22

23          Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff and

24  Cross-Defendant ISCO INDUSTRIES, LLC, through its attorneys Roland Nikles, Rogers

25  Joseph O'Donnell, San Francisco, California, and Lorena Matei, Lewis Brisbois Bisgaard &

26  Smith, LLP, San Francisco, California; and Defendant and Cross-Complainant NORTH BAY

27  CONSTRUCTION, INC. and Defendant Steve Geney, an individual, through their attorney

28  //

Kate Mullins Henderson, Abbey, Weitzenberg, Warren & Emery, Santa Rosa, California,

hereby stipulate that the above-captioned action be dismissed in its entirety without prejudice.

So stipulated.


Dated:  December __, 2011          LEWIS BRISBOIS BISGAARD & SMITH, LLP


By:   /s/ Lorena Matei
          Jeffrey G. Bairey
          Lorena Matei
          Attorneys for Cross-Defendant
          ISCO INDUSTRIES, LLC

Dated:  December __, 2011          ROGERS, JOSEPH, O'DONNELL, P.C.


By:   /s/ Roland Nikles
          Roland Nikles
          Attorneys for Plaintiff and Cross-
          Defendants
          ISCO INDUSTRIES, LLC

Dated:  December __, 2011          ABBEY, WEITZENBERG, WARREN &
                                   EMERY


By:   /s/ Kate Mullins Henderson
          Kate Mullins Henderson, Esq.
          Attorneys for Defendant/Cross-
          Complainants
          NORTH BAY CONSTRUCTION, INC.


ORDER

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED

THAT the above-captioned action be dismissed without prejudice.

IT IS SO ORDERED.


Dated:  _____12/14/2011_____          _____
                                       Hon. Claudia Wilken

Stipulation and [Proposed] Order for Dismissal of Entire Action – Case No: 4:06-CV-07082-CW

311074.1