1   ROGERS JOSEPH O'DONNELL
    Roland Nikles (State Bar No. 131025)
2   rnikles@rjo.com
    311 California Street
3   San Francisco, California 94104
    Telephone: 415.956.2828
4   Facsimile: 415.956.6457

5   Attorneys for Plaintiff
    ISCO INDUSTRIES
6

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  ISCO INDUSTRIES, LLC            Case No. 4:06-CV-07082-CW

12            Plaintiff,            **STIPULATION AND [PROPOSED]**
                                    **ORDER FOR DISMISSAL OF ENTIRE**
13       vs.                        **ACTION [F.R.C.P. 41(a)]**

14  NORTH BAY CONSTRUCTION, INC., et
    al.,
15
              Defendants.
16

17  NORTH BAY CONSTRUCTION, INC.,

18            Cross-Complainant,

19       vs.

20  ISCO INDUSTRIES, LLC, et al.,

21            Cross-Defendants.

22

23            Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff and

24  Cross-Defendant ISCO INDUSTRIES, LLC, through its attorneys Roland Nikles, Rogers

25  Joseph O'Donnell, San Francisco, California, and Lorena Matei, Lewis Brisbois Bisgaard &

26  Smith, LLP, San Francisco, California; and Defendant and Cross-Complainant NORTH BAY

27  CONSTRUCTION, INC. and Defendant Steve Geney, an individual, through their attorney

28  //

1   Kate Mullins Henderson, Abbey, Weitzenberg, Warren & Emery, Santa Rosa, California,

2   hereby stipulate that the above-captioned action be dismissed in its entirety without prejudice.

3          So stipulated.

4

5   Dated:  December __, 2011            LEWIS BRISBOIS BISGAARD & SMITH, LLP

6
                                        By:  _/s/ Lorena Matei_____
7                                              Jeffrey G. Bairey
                                               Lorena Matei
8                                              Attorneys for Cross-Defendant
                                               ISCO INDUSTRIES, LLC
9

10  Dated:  December __, 2011            ROGERS, JOSEPH, O'DONNELL, P.C.

11
                                        By:  _/s/ Roland Nikles_____
12                                             Roland Nikles
                                               Attorneys for Plaintiff and Cross-
13                                             Defendants
                                               ISCO INDUSTRIES, LLC
14
    Dated:  December __, 2011            ABBEY, WEITZENBERG, WARREN &
15                                       EMERY

16
                                        By:  _/s/ Kate Mullins Henderson_____
17                                             Kate Mullins Henderson, Esq.
                                               Attorneys for Defendant/Cross-
18                                             Complainants
                                               NORTH BAY CONSTRUCTION, INC.
19

20                                   ORDER

21          THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED

22  THAT the above-captioned action be dismissed without prejudice.

23          IT IS SO ORDERED.

24

25  Dated:  _____            _____
                     12/14/2011
26                                           Hon. Claudia Wilken

27

28

Stipulation and [Proposed] Order for Dismissal of Entire Action – Case No: 4:06-CV-07082-CW

311074.1